Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 9 | **DATE** | 12/10/2007 |
| **CASE TITLE** | USA vs Sejin Oh | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government and defendant agree on certain conditions of release. Preliminary examination hearing is set for 01/03/08 at 9:30 a.m. Status hearing is set for 01/15/08 at 2:00 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|