**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                  Case No.: 1:07−cr−00799
                                                      Honorable Nan R. Nolan

Ju Wen Zhou, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Nan R. Nolan :Magistrate judge status hearing held on 1/15/2008. Defendant's oral motion for modification of electronic monitoring is granted only as follows: Defendant's home incarceration is amended to home detention. Defendant instructed to contact his pretrial officer regarding modifications. No notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.