UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:07−cr−00799 |
| | Honorable Nan R. Nolan |
| Ju Wen Zhou, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 25, 2008:

    MINUTE entry before Judge Nan R. Nolan : Minute order dated 01/15/08 − docket entry [116] is amended as follows: Magistrate judge status hearing held on 1/15/2008. Defendant Sejin Oh's oral motion for modification of electronic monitoring is granted only as follows: Defendant's home incarceration is amended to home detention with a curfew to be determined by the Pretrial Services. Defendant Sejin Oh is instructed to contact his pretrial officer regarding modifications. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.