Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE RONALD GUZMAN | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 07 CR 0799 | DATE | FEBRUARY 13, 2008 |
| CASE TITLE | US v. JU WEN ZHOU, et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL MARCH 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge: _Maria Valdez_

**RECEIVED**

FEB 1 3 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE AS TO YVONNE LAW, THOMAS MAN LUNG LO, IVAN MYINT, JORGE HUERTA & CARLOS PANADERO JR. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO SUSAN CHEN, YONG OUYANG, LI XIEN WU, SEJIN OH, JONG KYUN CHAE, MELVIN DUMANLANG, ANDREW SO, HENRY CHUN, MICHAEL CRUZ, ROBERTO VALDEZ, MICHAEL MYINT, & JOAHAN TRUJILLO. TO SET PRELIMINARY BAIL AT $25,000.00 (UNSECURED) AS TO JERRY LEFT & HUBERT CHOW. ARREST WARRANTS ISSUED DECEMBER 5, 2007 AS TO JU WEN ZHOU, KENNETH QUOC LUONG, SU JENG CHEN, & CARLO PANADERO. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANTS ARE FUGITIVES.

SIGNATURE OF JUDGE _____  (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | Date docketed |
| Notices mailed by judge's staff. | | | Docketing dpty. initials |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | | Date mailed notice |
| Mail AO 450 form. | | | Mailing dpty. initials |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

DOCKET#

UNITED STATES OF AMERICA                    )
                                            )
                                            )
            v.                              )
                                            )
                                            )
                                            )
JU WEN ZHOU, a/k/a "Goi,"                   )
KENNETH QUOC LUONG, a/k/a "Kenny,"          )
YVONNE LAW                                  )
SU JUNG CHEN, a/k/a "Tina,"                 )
SUSAN CHEN, a/k/a "Sue,"                    )
THOMAS MAN LUNG LO, a/k/a "Tommy Lo,"       )
YONG OUYANG, a/k/a "Alun,"                  )
LI XIEN WU, a/k/a "Ray,"                    )
SEJIN OH, a/k/a "Lee,"                      )
JONG KYUN CHAE, a/k/a "Big John,"           )
CARLO PANADERO, a/k/a "Chito" and "Ted,"    )
CARLOS PANADERO JR., a/k/a "CJ,"            )
JUNG BAE, a/k/a "John,"                     )
MELVIN DUMANLANG, .                         )
ANDREW SO,                                  )
HENRY CHUN,                                 )
MICHAEL CRUZ,                               )
ROBERTO VALDEZ,                             )
MICHAEL MYINT,                              )
JORGE HUERTA,                               )
JOAHAN TRUJILLO,                            )
IVAN MYINT,                                 )
JERRY LEFT, and                            )
HUBERT CHOW                                 )