UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                Plaintiff,      )
                                )
                       vs.       )  07 CR 799 -9
                                )  Judge Ronald A. Guzman
SE JIN OH,                     )  Magistrate Judge Nan R. Nolan
                                )
                Defendant       )

TO: Timothy J. Chapman
     Assistant United States Attorney
     219 South Dearborn Street, Fifth Floor
     Chicago, IL 60604

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 22nd day of May, 2008, I filed with the Clerk of the United States district court, Northern District of Illinois defendant Oh's Motion To Amend a Condition of His Release, a copy of which is attached and hereby served upon you.

_____
Attorney for defendant Se Jin Oh

### PROOF OF SERVICE

I, Robert H. Aronson, attorney, certify that on the _____ day of April, 2008, I served a copy of the within motion by placing same in the United States Mail chute at 100 West Monroe Street, Chicago, IL in an envelope properly addressed to the person above shown with postage prepaid.

_____
Robert H. Aronson

Robert H. Aronson
100 West Monroe Street
Chicago, IL 60603
(312) 372-7123

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
5-22-2008
MAY 22 2008
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SE JIN OH, )<br>)<br>Defendant ) | 07 CR 799 — 9<br>Judge Ronald A. Guzman<br>Magistrate Judge Nan R. Nolan |

### MOTION OF SE JIN OH TO AMEND A CONDITION OF HIS RELEASE

Now comes Se Jin Oh by and through his attorney, Robert H. Aronson, and, pursuant to 18 USC sec. 3145(a)(2), moves this Honorable Court reduce the amount of the cash bail on deposit with the Clerk of the Court from $45,000.00 to $25,000.00. In support of said motion, defendant states:

1. On December 10, 2007, Magistrate Judge Nolan entered an order setting conditions of release for Mr. Oh.

2. Among those conditions were that Mr. Oh appear at all proceedings as required. To date, he has fully complied.

3. Mr. Oh was ordered to report to pre-trial services as directed, and he has done so.

4. Se Jin was released from the home confinement program but remains on electronic monitoring with a curfew.

5. Mr. Oh executed a bond to be forfeited should he fail to appear as required. Said bond is in the amount of $100,000.00.

6. In addition, Mr. Oh was ordered to post with the court $50,000.00 cash bail which was

on deposit with the Clerk of the Circuit Court of Du Page County. The charges in Du Page were included in the indictment in this case. On motion of the prosecutor, the court in Du Page Conty entered an order of *nolle prosequi*. Du Page deducted the standard ten percent fee and remitted $45,000.00 to the Clerk of the District Court.

7. Mr. Oh, having complied with all of the conditions set forth by Magistrate Judge Nolan seeks the release of $20,000.00 so that he can finance the expenses in this case and pay his attorney's fees owed to his lawyer in Du Page County and to his lawyer in this cause.

WHEREFORE, defendant prays that this Honorable Court enter an order that the District Court Clerk transfer and pay over to Robert H. Aronson, his attorney, the sum of $20,000.00 *instanter*.

[signature]
Attorney for defendant Se Jin Oh

Robert H. Aronson
100 West Monroe Street
Chicago, IL 60603
(312) 372-7123

2.