07CR 999-7 Judge Guzman    MHN
USv. Se Jin OH

May 24, 2008

Hon. Ronald A. Guzman
219 S. Dearborn - Rm 1219
Chicago, Illinois

FILED
5-28-2008
MAY 28 2008
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

Dear Judge Guzman;

I am Sungki Cha, the uncle of Se Jin Oh. I deposited $50,000.00 with the clerk of the Circuit Court of DuPage County as bail for my nephew. When the case was dismissed in DuPage they took $5,000.00 and transferred $45,000.00 to the clerk of your court.

I consent and agree that the clerk of your court can transfer and pay over $20,000.00 of that money to Se Jin's attorney, Robert H. Aronson.

Thank you very much.

Sungki Cha