Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 4 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. SE JIN OH | | |

**DOCKET ENTRY TEXT**

Defendant Oh's motion to amend a condition of his release is granted. The amount of the cash bail on deposit with the Clerk of Court is reduced from $45,000.00 to $25,000.00. The Clerk of Court is directed to pay over to attorney Robert H. Aronson, 100 W. Monroe St., Chicago, Il 60603, (312) 372-7123 the sum of $20,000.00 from the $45,000.00 now on deposit with said Clerk and that the remaining $25,000.00 shall be retained by the Clerk as cash bail deposit for defendant Oh.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|