MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) 07 CR 799 - 4 |
| | ) Judge Ronald A. Guzman |
| SE JIN OH, | ) Magistrate Judge Nan R. Nolan |
| | ) |

## ORDER

This matter coming on to be heard on the motion of Se Jin Oh to amend a condition of his release; and the Court being fully advised in the premises.

IT IS ORDERED THAT the Clerk of the District Court transfer and pay over to Robert H. Aronson, *instanter*, the sum of $20,000.00 from the $45,000.00 now on deposit with said Clerk and that Se Jin Oh's cash bail deposit of $25,000.00 be retained by the Clerk of the District Court.

_____
Judge

Date: 5/28/08