UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 07 CR 799 |
| vs. | ) | |
| | ) | Judge Ronald A. Guzman |
| SE JIN OH | ) | |

FILED
JUL 29 2008 YM
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AGREED MOTION TO MODIFY BOND

Now comes Se Jin Oh, by and through his attorney, Robert H. Aronson, and moves to modify the terms of his bond to allow him to reside in Fort Walton Beach, Florida.

In support of said motion, Se Jin states:

1. His aunt, YONG SHIM, his mother's younger sister, owns a Convenience Store in Shalamar, Florida.

2. Young Shim's husband is very ill and lives in Detroit, Michigan. She needs help to run the store.

3. Se Jin worked at the store for three months prior to his arrest. The store is open from 6:00 A.M. to 10:00 P.M.

4. Se Jin would live with his aunt at 497 Hanover Park Lane in Fort Walton Beach;

5. Olga Serrano of Pre-trial Services can arrange for Se Jin to report to a pre-trial services officer in Florida.

6. The attorneys for the government and the pre-trial services officer have no objection to the granting of this motion.

WHEREFORE, Se Jin Oh prays that this Honorable Court modify the terms of his bond

to allow him to live at his aunt's home in Florida during the pending of this case with all other conditions to remain the same.

/s/ Robert H. Aronson
Attorney for Se Jin Oh

Robert H. Aronson
100 West Monroe Street
Suite 714
Chicago, IL 60603
(312) 372-7123

2.