UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 07 CR 799 |
| vs. ) | |
| ) | Judge Ronald A. Guzman |
| SE JIN OH ) | |

TO:  Timothy J. Chapman
     Assistant United States Attorney
     219 South Dearborn Street, Fifth Floor
     Chicago, IL 60604

**FILED**

JUL 2 9 2008  YM
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 5th day of August, 2008, at the hour of 9:30 A.M., or as soon thereafter as counsel may be heard, I will appear before the Honorable Ronald A. Guzman, Room 1219, United States District Courthouse, 219 N. Dearborn St., Chicago, IL, and there and then present defendant Se Jin Oh's Agreed Motion To Modify Bond, a copy of which is attached and hereby served upon you.

_____
Attorney for Se Jin Oh

### CERTIFICATE OF SERVICE

I, Robert H. Aronson, attorney, certify that on the 29th day of July, 2008, I served a copy of the within motion upon the AUSA named above by personally delivering same to his office at 219 S. Dearborn Street, Chicago, IL, Fifth Floor.

_____
Robert H. Aronson

Robert H. Aronson
100 West Monroe, Suite 714
Chicago, IL 60603
(312) 372-7123