## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 9 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. Sejin Oh | | |

**DOCKET ENTRY TEXT**

AGREED MOTION by Sejin Oh to modify bond to allow him to reside in Fort Walton Beach, Florida [193] is granted. Defendant's appearance is waived at future hearings until further order of court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|